1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HSBC Bank, USA, National Association,

      Plaintiff

v.

SFR Investments Pool 1, LLC, et al,

      Defendants

2:17-cv-01512-JAD-VCF

**Order Directing Clerk of Court to Accept
Security of Costs Under NRS 18.130**

[ECF No. 16]

      SFR Investments Pool 1, LLC demanded that Plaintiff HSBC, USA, National Association, an out-of-state resident, post a cost bond under NRS 18.130(1).[1]  The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2]  Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3]  If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

      Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system.  Accordingly, with good cause appearing, IT IS HEREBY ORDERED that SFR's Demand for Security of Costs **[ECF No. 16] is GRANTED; the CLERK OF COURT is directed to accept the deposit of $500.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff in the event that the cost bond is presented for deposit.  Plaintiff must bring a copy of this order to the Clerk's office when making this deposit.  IT IS FURTHER

---

[1] ECF No. 16.

[2] Nev. Rev. Stat. 18.130(1).

[3] *Id.*

[4] Nev. Rev. Stat. 18.130(4).

ORDERED that this case is stayed by operation of NRS 18.130(1) until the $500 is deposited.

DATED: July 27, 2017

_____
Jennifer A. Dorsey
United States District Judge

2