Jeffrey Willis, Esq.
Nevada Bar No. 4797
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
hcheong@swlaw.com

*Attorneys for Plaintiff/Counter-Defendant HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:17-cv-01512-APG-GWF<br><br>**STIPULATION AND ORDER TO ALLOW HSBC BANK, USA TO AMEND ITS COMPLAINT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs. | |

- 1 -

4813-3352-5376

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, national banking association, CITIMORTGAGE, INC.; MAGELLAN A. AQUINO, an individual,<br><br>   Counter-Defendant/Cross-Defendants. |

Plaintiff/Counter-Defendant HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates ("HSBC Bank"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC, Defendant Via Valencia/Via Ventura Homeowners Association, and Defendant Absolute Collection Services, LLC (collectively, the "Parties"), by and through their respective counsel, and hereby stipulate as follows:

1. Pursuant to FRCP 15(a)(2), the Parties agree that HSBC Bank may file HSBC Bank's First Amended Complaint ("Amended Pleading"), a copy of which is attached hereto in clean and redline format as Exhibit A.

2. The Parties' agreement herein shall not be construed in any way to indicate that the Parties agree with or are stipulating to any of the allegations set forth in HSBC Bank's Amended Pleading.

3. The Parties against whom claims are asserted will have twenty (20) business days to file a response to HSBC Bank's Amended Pleading.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

4813-3352-5376

**IT IS SO STIPULATED.**

DATED this 28th day of November, 2018

By: */s/ Holly E. Cheong*
    Holly E. Cheong, Esq.
    Nevada Bar No. 11936
    Snell & Wilmer, L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    hcheong@swlaw.com
    *Attorneys for Plaintiff/Counter-Defendant HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates*

By: */s/ Jacqueline A. Gilbert*
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Kim Gilbert Ebron
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139
    jackie@kgelegal.com
    *Attorneys for Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC*

By: */s/ Shane D. Cox*
    Shane D. Cox, Esq.
    Nevada Bar No. 13852
    Absolute Collection Services, LLC
    7485 West Azure Drive, Suite 129
    Las Vegas, NV 89128
    shane@absolute-collection.com
    *Attorneys for Defendant Absolute Collection Services, LLC*

By: */s/ Ashlie L. Surur*
    Ashlie L. Surur, Esq.
    Nevada Bar No. 11290
    Hall, Jaffe & Clayton, L.L.P.
    7425 Peak Drive
    Las Vegas, NV 89128
    asurur@lawhjc.com
    *Attorneys for Defendant Via Valencia/Via Ventura Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-29-2018

- 3 -

4813-3352-5376