Jeffrey Willis, Esq.
Nevada Bar No. 4797
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       hcheong@swlaw.com

*Attorneys for Plaintiff HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:17-cv-01512-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs. | |

- 1 -

4832-0122-7925

| | |
|---|---|
| 1 | HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR |
| 2 | MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007- |
| 3 | 1, MORTGAGE PASS-THROUGH CERTIFICATES,  national banking |
| 4 | association, CITIMORTGAGE, INC.; MAGELLAN A. AQUINO, an individual, |
| 5 | |
| 6 | Counter-Defendant/Cross-Defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-Defendant HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates, Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC, Defendant Via Valencia/Via Ventura Homeowners Association, and Defendant Absolute Collection Services, LLC by and through their respective undersigned counsel of record that this entire action will be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

DATED June 3, 2019

By: */s/ Holly E. Cheong*
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Holly E. Cheong, Esq.
    Nevada Bar No. 11936
    Snell & Wilmer, L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    jwillis@swlaw.com
    hcheong@swlaw.com
    *Attorneys for Plaintiff HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates*

DATED June 3, 2019

By: */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    Kim Gilbert Ebron
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139
    Telephone: (702) 485-3300
    Facsimile: (702) 485-3301
    diana@kgelegal.com
    jackie@kgelegal.com
    karen@kgelegal.com
    *Attorneys for Defendant SFR Investments Pool 1, LLC*

**SIGNATURES CONTINUED ON NEXT PAGE**

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

| | |
|---|---|
| DATED June 3, 2019 | DATED June 3, 2019 |
| By: */s/ Shane D. Cox* <br>     Shane D. Cox, Esq. <br>     Nevada Bar No. 13852 <br>     Absolute Collection Services, LLC <br>     7485 West Azure Drive, Suite 129 <br>     Las Vegas, Nevada 89128 <br>     Telephone: (702) 531-3394 <br>     Facsimile: (702) 531-3396 <br>     shane@absolute-collection.com <br>     *Attorneys for Defendant Absolute Collection, LLC* | By: */s/ Ashlie L. Surur* <br>     Ashlie L. Surur, Esq. <br>     Nevada Bar No. 11290 <br>     Hall, Jaffe & Clayton, L.L.P. <br>     7425 Peak Drive <br>     Las Vegas, NV 89128 <br>     Telephone: (702) 316-4111 <br>     Facsimile: (702) 316-4114 <br>     asurur@lawhjc.com <br>     *Attorneys for Defendant Via Valencia/Via Ventura Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
Dated: June 3, 2019.

4832-0122-7925