Jeffrey Willis, Esq.
Nevada Bar No. 4797
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       hcheong@swlaw.com

*Attorneys for Plaintiff HSBC Bank, USA, National Association, as Trustee for Mortgageit Securities Corp. Mortgage Loan Trust, Series 2007-1, Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; VIA VALENCIA/VIA VENTURA HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company;<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs. | Case No.: 2:17-cv-01512-APG-VCF<br><br>**ORDER TO RETURN BOND** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LAON TRUST, SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, national banking association, CITIMORTGAGE, INC.; MAGELLAN A. AQUINO, an individual,<br><br>Counter-Defendant/Cross-Defendants. |

The Court entered an Order on June 3, 2019 [ECF No. 63] dismissing the above-captioned litigation with prejudice per stipulation of the parties.

NOW, THEREFORE, the cash deposit in the amount of $500.00, tendered to the Clerk of Court on or about August 3, 2017, and any accrued interest shall be returned to "HSBC Bank, USA, National Association c/o Snell & Wilmer L.L.P.", 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169 upon entry of this order.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 18, 2020.

4833-8532-9588

- 2 -